AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| SIDNEY GUILLIANO RATON<br>DOB: XX/XX/76 | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 21, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

False Statement in Application for a Passport.

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __John T. Mazzuchi, Special Agent with U.S. Department of State, Diplomatic Security Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
John T. Mazzuchi, Special Agent
U.S. Department of State
Diplomatic Security Service

_____   at   __Washington, D.C.__
Date                                                                     City and State

_____        _____
Name & Title of Judicial Officer                    Signature of Judicial Officer