AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

SIDNEY GUILLIANO RATON

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0442M - 01

FILED
AUG 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Sidney Guilliano Raton___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

False Statement in Application for a Passport.

in violation of Title _18_ United States Code, Section(s) _1542_.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Title of Issuing Officer

/s/ Alan Kay
Signature of Issuing Officer

AUG 05 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | JOHN T. MAZZUCHI SPECIAL AGENT | /s/ J. Mazzuchi |
| DATE OF ARREST 08/09/2005 | | |